PROB 12B
(7/93)

Report Date: September 30, 2011

**United States District Court**

for the

**Eastern District of Washington**

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 3 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Steven Ernesto Perales

Case Number: 2:10CR02103-001

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson

Date of Original Sentence:  5/23/2011

Type of Supervision:  Supervised Release

Original Offense: Possession of Body Armor by
Violent Felon, 18 U.S.C. § 931(a)(1)

Date Supervision Commenced:  9/26/2011

Original Sentence:  Prison - 366 Days;
TSR - 12 Months

Date Supervision Expires:  9/25/2012

---

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

21     You shall participate in the home confinement program for 90 days.  You shall abide by all the requirements of the program, which will include location monitoring.  You shall pay all or part of the costs of the program based upon your ability to pay.  You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer.

**CAUSE**

Special condition number 15, requires the defendant to participate in the home confinement program for 90 days without electronic monitoring. Mr. Perales resides with his mother who works a graveyard shift. She advised she was concerned about the defendant staying at home all night by himself with no monitoring devices to track his movements. She mentioned that in order for him to have the best chance to succeed on supervision he needed to participate in the home confinement program with electronic monitoring. Additionally, the location monitoring equipment would allow the U.S. Probation Office to more effectively monitor the defendant during his 90-day period of home confinement. Based on the aforementioned, this officer recommends the defendant's conditions of supervision be modified, as noted above. Enclosed is a waiver signed by the defendant agreeing to the proposed modification of his conditions.

Prob 12B
**Re: Perales, Steven Ernesto**
**September 30, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _9/30/11_

_Jose Vargas_
Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

_October 3, 2011_
Date