PROB 12C
(7/93)

Report Date: March 12, 2012

**United States District Court**

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 12 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Steven Ernesto Perales          Case Number: 2:10CR02103-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 5/23/2011

| | |
|---|---|
| Original Offense: | Possession of Body Armor by Violent Felon, 18 U.S.C. § 931(a)(1) |
| Original Sentence: | Prison - 366 Days; TSR - 12 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: 9/26/2011 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: 9/25/2012 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |

**Supporting Evidence:** Steven Perales failed to report to the U.S. Probation Office on March 5, 2012.

On February 15, 2012, Mr. Perales was instructed to report to the U.S. Probation Office on March 5, 2012. On March 2, 2012, the undersigned officer called the defendant and left a message on his answering machine reminding him to report for an office visit on March 5, 2012. Mr. Perales failed to report as directed and his whereabouts are currently unknown.

| 2 | **Standard Condition #6:** The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |
|---|---|

**Supporting Evidence:** Steven Perales changed his residence on February 28, 2012, and failed to notify his supervising probation officer.

On March 5, 2012, contact with the defendant's mother revealed Mr. Perales left the residence on February 28, 2012, and had not returned home. Mrs. Perales stated she did not know of his whereabouts and was concerned about his safety. On March 8, 2012, contact with his sister revealed he had not yet returned home and his whereabouts were still unknown.

Prob12C
Re:  Perales, Steven Ernesto
March 12, 2012
Page 2

3          **Special Condition #17**: You shall undergo a substance abuse evaluation and, if indicated
           by a licensed/certified treatment provider, enter into and successfully complete an approved
           substance abuse treatment program, which could include inpatient treatment and aftercare.
           You shall contribute to the cost of treatment according to your ability to pay.  You shall
           allow full reciprocal disclosure between the supervising officer and treatment provider.

           **Supporting Evidence**: Steven Perales failed to attend treatment appointments at Merit
           Resource Services (Merit) on February 27, 28, and March 5, 2012.

           Contact with Merit personnel revealed the defendant failed to attend an individual session
           on February 27, 2012, a group session on February 28, 2012, and an individual session on
           March 5, 2012.  Mr. Perales was terminated from his treatment program on March 8, 2012,
           based on his failure to attend the required treatment sessions.

4          **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and
           shall submit to urinalysis testing, as directed by the supervising officer, but no more than six
           tests per month, in order to confirm continued abstinence from these substances.

           **Supporting Evidence**: Steven Perales failed to report to Merit for a urinalysis test on March
           7, 2012.

           On March 8, 2012, the U.S. Probation Office received a notice from Merit stating the
           defendant failed to report to their office on March 7, 2012, for a scheduled urinalysis test.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to
answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 12, 2012

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

3/12/12

Date